## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:                  )

                        )      **CHAPTER 11**

**JAMAL LAFITTE LEWIS,**      )

                        )      **CASE NO: 12-58938-PWB**

     **Debtor,**          )

## CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME, STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES, AND LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

**COMES NOW,** the Debtor herein, and files his Chapter 11 Statement of Current Monthly Income, Statement of Financial Affairs, Schedules, and List of Creditors Holding 20 Largest Unsecured Claims.

Attached as an addendum hereto and made a part of this document are the Chapter 11 Statement of Current Monthly Income, Statement of Financial Affairs, Schedules, and List of Creditors Holding 20 Largest Unsecured Claims.

**WHEREFORE,** Debtor prays that this Chapter 11 Statement of Current Monthly Income, Statement of Financial Affairs, Schedules, and List of Creditors Holding 20 Largest Unsecured Claims be accepted and his Chapter 11 be confirmed and administered.

This 17th day of April, 2012.

                        ___/S/_____
                        Michael R. Rethinger
                        Georgia Bar Number 301215
                        Attorney for Debtor

72 Spring Street, SW
Atlanta, GA 30303
770-922-0066
michael@rethingerlaw.com

B22B (Official Form 22B) (Chapter 11) (12/10)

In re **Jamal Lafitte Lewis**
_____
Debtor(s)

Case Number: **12-58938-PWB**
_____
(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedule I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME |||||
|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br> a. ☑ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br> b. ☐ Married, not filing jointly. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br> c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** |||||
| | All figures must reflect average monthly income received from all sources, derived during the the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you divide the six-month total by six, and enter the result on the appropriate line. | | **Column A Debtor's Income** | **Column B Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $ 35,000.00 | $ |
| 3 | **Net income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. <table><tr><td>a.</td><td>Gross receipts</td><td>$ 0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$ 0.00</td></tr><tr><td>c.</td><td>Business Income</td><td>Subtract Line b from Line a</td></tr></table> | | $ 0.00 | $ N.A. |
| 4 | **Net rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. <table><tr><td>a.</td><td>Gross receipts</td><td>$ 0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$ 0.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td></tr></table> | | $ 0.00 | $ N.A. |
| 5 | **Interest, dividends and royalties.** | | $ 0.00 | $ N.A. |
| 6 | **Pension and retirement income.** | | $ 0.00 | $ N.A. |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | | $ 0.00 | $ N.A. |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br> Unemployment compensation claimed to be a benefit under the Social Security Act  Debtor $ 0.00  Spouse $ N.A. | | $ 0.00 | $ N.A. |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B22B (Official Form 22B) (Chapter 11) (12/10)

2

| | | | | |
|---|---|---|---|---|
| 9 | **Income from all other sources.**  Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9.  **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.  Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | |
| | a. | $          **0.00** | | |
| | b. | $          **0.00** | $          **0.00** | $     **N.A.** |
| 10 | **Subtotal of current monthly income.**   Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B.  Enter the total(s). | | $   **35,000.00** | $     **N.A.** |
| 11 | **Total Current Monthly.**  If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | | $          **35,000.00** | |

| | **Part VII: VERIFICATION** |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* |

12  Date: **4.13.2012**                  Signature: **/s/ Jamal Lafitte Lewis**
                                                                    *(Debtor)*

     Date:_____          Signature: _____
                                                                    *(Joint Debtor, if any)*

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

Case 12-58938-pwb    Doc 12    Filed 04/17/12    Entered 04/17/12 12:59:51    Desc Main
Document      Page 4 of 75

# UNITED STATES BANKRUPTCY COURT
### Northern District of Georgia - Atlanta Division

In Re **Jamal Lafitte Lewis** _____    Case No. **12-58938-PWB** _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

<em>DEFINITIONS</em>

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|       | AMOUNT      | SOURCE     |                              |
|-------|-------------|------------|------------------------------|
| 2012  | $110,000    | Employment | FY: 1/1/2012 to date         |
| 2011  | $300,000    | Employment | FY: 1/1/2011 to 12/31/2011   |
| 2010  | $1,600,000  | Employment | FY: 1/1/2010 to 12/31/2010   |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

**2.    Income other than from employment or operation of business**

None

☒

      State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                               SOURCE

**3.  Payments to creditors**

None

☐

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Daimler-Chrysler**<br>**P.O. Box 55000**<br>**Detroit, MI 48255-1003** | **last 90 days** | **$4500** | **113,000.00** |
| **Daimler-Chrysler**<br>**P.O. Box 55000**<br>**Detroit, MI 48255-1003** | **last 90 days** | **2000** | **15,000.00** |
| **Porsche**<br>**75 Remittance Drive**<br>**Suite 1738**<br>**Chicago, IL 60675** | **last 90 days** | **$4500** | **40,600.00** |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 -33078-301X-00810 - PDF-XChange 2.5 DE

None



*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative  repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None



*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Jamal Lewis v Net Five** | **Complaint on Contract** | **Fulton County State Court** | **Unknown** |
| **Jamal Lewis v NFL** | **Personal Injury** | | **Pending** |
| **Jamal Lewis v Baltimore Ravens & Cleveland Browns** | **Workers Compensation** | | **Pending** |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Simpson Law Offices**<br>**P.O. Box 550105**<br>**Atlanta, GA 30355** | **11.2011** | **$95,000 from JLew Enterprises Checking Account** |

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Various Creditors**<br>**Further Details to be submitted**<br>**The majority of these have to do**<br>**with AAX secured debts** | **Various Dates** | **Various Collateral** |

**6. Assignments and Receiverships**

None
☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒  year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.    Gifts**

None      List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☒  case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family
member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter
12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.    Losses**

None      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☐  commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or
chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Theft from All American Xpress, Inc. $3,000,000** | **No** | **2006 - current** |

**9.    Payments related to debt counseling or bankruptcy**

None      List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐  for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Michael R. Rethinger Law Offices of Michael R. Rethinger 72 Spring Street, SW Atlanta, GA  30303** | **4.2.2012** | **$1,056 filing fee $2,000 attorney fee** |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **DECAF** | 4.2.2012 | **$40 credit counseling certificate** |
| **Danowitz & Associates, P.C.**<br>**300 Galleria Parkway, NW**<br>**Suite 960**<br>**Atlanta, GA 30339** | | **chapter 11 for all american xpress** |

---

**10.   Other transfers**

None
☐

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Unknown 3rd Party Purchaser from Alabama**<br> **Relationship: 3rd party purchaser** | **2011** | **Dodge Challenger SRT8**<br>**$25,000** |
| **Various Stocks**<br>**National Solvent Exchange**<br> **Relationship: 3rd party purchaser** | **various dates** | **$100,000 sold back to owners** |

---

b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

**11.  Closed financial accounts**

None
☒

     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
☒

     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
☒

     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
☒

     List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

None



**15.  Prior address of debtor**

  If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

ADDRESS         NAME USED        DATES OF OCCUPANCY

None

☒

**16.  Spouses and Former Spouses**

  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)  within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

    NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

   "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

   "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None



a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME      NAME AND ADDRESS    DATE OF    ENVIRONMENTAL
AND ADDRESS      OF GOVERNMENTAL UNIT   NOTICE      LAW

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

☒

SITE NAME      NAME AND ADDRESS    DATE OF    ENVIRONMENTAL
AND ADDRESS      OF GOVERNMENTAL UNIT   NOTICE      LAW

None

☒

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None

☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Alll American Xpress, Inc.** | | **1447 Peachtree Road Ste 200 Atlanta, GA 30309** | **Trucking** | **2006 - 2011** |
| **Keep It Moving LLC** | | **1100 Hammond Drive Ste 410A-151 Atlanta, GA 30328** | **Speaking Engagements/Appearances** | **2001 - 2011** |
| **JLew Enterprises LLC** | | **1100 Hammond Drive Ste 410A-151 Atlanta, GA 30328** | **Speaking Engagements/Appearances** | **2001 - 2011** |
| **Grand Empire LLC** | | **1447 Peachtree Road Ste 200 Atlanta, GA 30309** | **Real Estate** | **2006 - 2011** |
| **JLew Financial LLC** | | **1447 Peachtree Road Ste 200 Atlanta, GA 30309** | **Real Estate** | **2006 - 2011** |
| **Top Flight LLC** | | **1447 Peachtree Road Ste 200 Atlanta, GA 30309** | **Real Estate** | **2006 - 2011** |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒

NAME                                                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None        a.      List all bookkeepers and accountants who within the two years immediately preceding the filing of this

☐           bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                DATES SERVICES RENDERED

**Nancy Dickerson (AAX)**

**Lance Llehr (JLew Financial)**

**Matthew White (Grand Empire &**
**Top Flight)**

None        b.      List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case

☒           have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                          ADDRESS                              DATES SERVICES RENDERED

None ☒    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

     NAME                      ADDRESS

None ☒    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

     NAME AND ADDRESS                      DATE
                                                         ISSUED

**20. Inventories**

None ☒    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

     DATE OF INVENTORY            INVENTORY SUPERVISOR         DOLLAR AMOUNT OF INVENTORY
                                                            (Specify cost, market or other basis)

None ☒    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

     DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF
                                                           INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None ☒    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

     NAME AND ADDRESS            NATURE OF INTEREST             PERCENTAGE OF INTEREST

None ☒    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

     NAME AND ADDRESS                     TITLE                     NATURE AND PERCENTAGE OF
                                                            STOCK OWNERSHIP

**22. Former partners, officers, directors and shareholders**

None
☒

    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
☒

    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23. Withdrawals from a partnership or distribution by a corporation**

None
☒

    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group**

None
☒

    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds**

None
☒

    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___**4.13.2012**_____     Signature     **/s/ Jamal Lafitte Lewis**
                                           of Debtor     _____

                                                          **JAMAL LAFITTE LEWIS**

___**0**___ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

Address

X_____          _____
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

B6A (Official Form 6A) (12/07)

In re  __Jamal Lafitte Lewis_____     Case No. __12-58938-PWB_____
        **Debtor**                                                            **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence located at: 4326 Peachtree Dunwoody Road, Atlanta, Georgia**<br><br>**4326 Peachtree Dunwoody Road Atlanta, GA 30342** | **Fee Simple subject to two (2) deeds to secure debt** | | **1,100,000.00** | **1,187,876.00** |
| **Single Family Home at: 4340 Peachtree Dunwoody Road, Atlanta, Georgia**<br><br>**4340 Peachtree Dunwoody Road Atlanta, GA 30342** | **Fee Simple subject to security deed** | | **250,000.00** | **256,873.00** |
| **Single Family Home at: 210 Stratton Place Way, Atlanta, Georgia**<br><br>**210 Stratton Place Way Atlanta, GA 30331** | **Fee Simple subject to security deed** | | **300,000.00** | **120,000.00** |
| **Single Family Home at: 7252 Village Creek Trace, Atlanta, Georgia** | **Fee Simple subject to security deed** | | **290,000.00** | **262,000.00** |
| | | Total | | |

(Report also on Summary of Schedules.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 -33078-301X-00810 - PDF-XChange 2.5 DE

B6A (Official Form 6A) (12/07)

In re  **Jamal Lafitte Lewis**                                      Case No.  **12-58938-PWB**
                     **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **7252 Village Creek Trace Atlanta, GA 30328** <br><br><br> **Unfinished Single Family Home at: 568 Trabert Avenue, Atlanta, Georgia** <br> **568 Trabert Avenue Atlanta, GA 30309** | **Fee Simple subject to security deed** | | **500,000.00** | **2,066,718.00** |

|  | Total ➤ | **2,440,000.00** |
|---|---|---|

(Report also on Summary of Schedules.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 -33078-301X-00810 - PDF-XChange 2.5 DE

B6B (Official Form 6B) (12/07)

In re  __Jamal Lafitte Lewis_____                                    Case No.  __12-58938-PWB_____
                    Debtor                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings (no item exceeding $300.00 value)** | | **15,000.00** |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | **Misc. Clothing** | | **5,000.00** |
| 7.   Furs and jewelry. | | **1 fur and Superbowl Ring** | | **17,500.00** |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **Worker's Compensation Claim against Baltimore Ravens and Cleveland Browns Reserve Right to Exempt** | | **Indeterminate** |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401k** | | **500,000.00** |

Bankruptcy2012 © 1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jamal Lafitte Lewis**                                    Case No.    **12-58938-PWB**
_____                                    _____
Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **NFL** | | |
| | | **NFL Benefits** | | **Indeterminate** |
| | | **No value until 55 years old** | | |
| | | **Reserve Right to Exempt** | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **50% ownership interest in JLew Financial, LLC** | | **6,000,000.00** |
| | | **Fort Rapids Indoor Waterpark Resort** | | |
| | | **4560 Hilton Corporate Drive** | | |
| | | **Columbus, OH 43232** | | |
| | | **Operating Account** | | |
| | | **Payroll Account** | | |
| | | **5th 3rd Bank** | | |
| | | **100% ownership interest in All American Xpress, Inc.** | | **1.00** |
| | | **Administratively dissolved in 2011 after dismissed** | | |
| | | **Chapter 11 11-62481-WLH** | | |
| | | **100% ownership interest JLew Enterprises, LLC** | | **0.00** |
| | | **Business Checking Account** | | |
| | | **Business Savings Account** | | |
| | | **SunTrust Bank** | | |
| | | **100% ownership interest in Keeping It Moving, LLC** | | **0.00** |
| | | **Business Checking Account** | | |
| | | **SunTrust** | | |
| | | **50% ownership interest in Top Flight, LLC** | | **1.00** |
| | | **administratively dissolved in 2008** | | |
| | | **50% ownership interest in Grand Empire, LLC** | | **5,000,000.00** |
| | | **Commercial Property located at 6600 Hillandale Road, Atlanta, Georgia** | | |
| | | **Security Interest to Steelwater Capital (judment lien for $25,000,000)** | | |

In re    **Jamal Lafitte Lewis**                 Case No.    **12-58938-PWB**

                Debtor                                                             (If known)

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **Judgment Against Bradley Lowery, Jr.** **$250,000 Judgment awarded in 09-06771-WLH AP** **Currently uncollectible** **Reserve Right to Exempt** | | 1.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | **Line of Duty Benefits** **Reserve Right to Exempt** **Personal Injury Action against the NFL** **Reserve Right to Exempt** | | Indeterminate Indeterminate |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Mercedes CL63** **Leased 2010 Porsche Panamera** **2008 Mercedes GL 550** | | 80,950.00 1.00 47,400.00 |

B6B (Official Form 6B) (12/07) – Cont.

In re  __Jamal Lafitte Lewis_____    Case No. __12-58938-PWB_____
                    Debtor                                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26.  Boats, motors, and accessories. | | **2005 Ford F-650 XUV** | | **150,000.00** |
| | | **2007 Fountain 47 foot Lightning Powerboat** | | **200,000.00** |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

___0___ continuation sheets attached    Total    $  **12,015,854.00**

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6C (Official Form 6C) (04/10)

In re  **Jamal Lafitte Lewis**                          Case No.  **12-58938-PWB**
_____                    _____
              **Debtor**                                            **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)            ☐  Check if debtor claims a homestead exemption that exceeds
☑  11 U.S.C. § 522(b)(3)                $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Residence located at: 4326 Peachtree Dunwoody Road, Atlanta, Georgia** | **OCGA § 44-13-100(a)(1)** | **5,000.00** | **1,100,000.00** |
| **2008 Mercedes GL 550** | **OCGA § 44-13-100(a)(3)** | **3,500.00** | **47,400.00** |
| **Household goods and furnishings (no item exceeding $300.00 value)** | **OCGA § 44-13-100(a)(4)** | **5,000.00** | **15,000.00** |
| **1 fur and Superbowl Ring** | **OCGA § 44-13-100(a)(5)** | **500.00** | **17,500.00** |
| **401k** | **O.C.G.A. 44-13-100 (a)(2.1)((A)** | **500,000.00** | **500,000.00** |
| | **Total exemptions claimed:** | **514,000.00** | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

**B6D (Official Form 6D) (12/07)**

In re __Jamal Lafitte Lewis_____,    Case No. __12-58938-PWB_____

Debtor    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1168-188<br><br>**Aldridge Connors, LLP<br>15 Piedmont Center<br>3575 Piedmont Road, NE<br>Suite 500<br>Atlanta, GA 30305** | | | **Security: 4340 Peachtree Dunwoody Road, Atlanta, Georgia<br>Attorney for Seterus, Inc.**<br><br>VALUE $          0.00 | | | | **Notice Only** | **Notice Only** |
| ACCOUNT NO.<br><br>**Bank of America<br>PO Box 17054<br>Wilmington, DE 19850** | | | **Lien: Ist Mortgage<br>Security: 4326 Peachtree Dunwoody Road, Atlanta, Georgia**<br><br>VALUE $     1,100,000.00 | | | | **947,876.00** | **0.00** |
| ACCOUNT NO.<br><br>**Bank of America<br>PO Box 17054<br>Wilmington, DE 19850** | | | **Lien: Ist Mortgage<br>Security: 7252 Village Creek Trace, Atlanta, Georgia**<br><br>VALUE $      290,000.00 | | | | **260,000.00** | **0.00** |

__7__ continuation sheets attached

Subtotal ►
(Total of this page)    $ **1,207,876.00**    $          **0.00**

Total ►
(Use only on last page)    $    $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

**B6D (Official Form 6D) (12/07) – Cont**.

In re  Jamal Lafitte Lewis _____,        Case No.  12-58938-PWB _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2012cv211555** <br><br>**Carlton Fieds, PA** <br>**1201 West Peachtree Street** <br>**Suite 3000** <br>**Atlanta, GA 30309** | | | <br><br><br><br>VALUE $   **0.00** | | | | **Notice Only** | **Notice Only** |
| ACCOUNT NO. <br><br>**Comdata Network, Inc** <br>**c/o Simpson Law Offices, L.L.P.** <br>**P.O. Box 550105** <br>**Atlanta, GA 30355** | | | **Lien: Judgment Lien** <br><br><br>VALUE $   **0.00** | | | | **Notice Only** | **Notice Only** |
| ACCOUNT NO. <br><br>**Daimler-Chrysler** <br>**P.O. Box 55000** <br>**Detroit, MI 48255-1003** | | | **Lien: PMSI in vehicle** <br>**Security: 2009 Mercedes CL63** <br><br><br>VALUE $   **80,950.00** | | | | **113,000.00** | **32,050.00** |
| ACCOUNT NO. <br><br>**Daimler-Chrysler** <br>**P.O. Box 55000** <br>**Detroit, MI 48255-1003** | | | **Lien: PMSI in vehicle** <br>**Security: 2008 Mercedes Benz GL 550** <br>**sold to 3rd party for $25,000** <br>**continuing to make payment** <br>VALUE $   **47,400.00** | | | | **15,000.00** | **0.00** |
| ACCOUNT NO. <br><br>**Fulton County Tax Commissioner** <br>**141 Pryor Street - Suite 1113** <br>**Atlanta, GA 30303** | | | **Lien: Property Taxes** <br>**Security: 4326 Peachtree Dunwoody Road, Atlanta, Georgia** <br><br>VALUE $   **1,100,000.00** | | | | **Notice Only** | **Notice Only** |

Sheet no.  1  of  7  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)        $  **128,000.00**      $
(Total(s) of this page)
Total(s)        $          $
(Use only on last page)

(Report also on          (If applicable, report
Summary of Schedules)    also on Statistical
                         Summary of Certain
                         Liabilities and Related
                         Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

**B6D (Official Form 6D) (12/07) – Cont**.

In re    Jamal Lafitte Lewis_____,    Case No.    12-58938-PWB_____
         **Debtor**                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Fulton County Tax Commissioner 141 Pryor Street - Suite 1113 Atlanta, GA 30303** | | | **Lien: Property Taxes Security: 4340 Peachtree Dunwoody Road, Atlanta, Georgia**<br><br>VALUE $      **250,000.00** | | | | **Notice Only** | **Notice Only** |
| ACCOUNT NO.<br><br>**Fulton County Tax Commissioner 141 Pryor Street - Suite 1113 Atlanta, GA 30303** | | | **Lien: Property Taxes Security: 210 Stratton Place Way, Atlanta, Georgia**<br><br>VALUE $      **300,000.00** | | | | **Notice Only** | **Notice Only** |
| ACCOUNT NO.<br><br>**Fulton County Tax Commissioner 141 Pryor Street - Suite 1113 Atlanta, GA 30303** | | | **Lien: Property Taxes Security: 7252 Village Creek Trace, Atlanta, Georgia**<br><br>VALUE $      **290,000.00** | | | | **Notice Only** | **Notice Only** |
| ACCOUNT NO.<br><br>**Fulton County Tax Commissioner 141 Pryor Street - Suite 1113 Atlanta, GA 30303** | | | **Lien: Property Taxes Security: 568 Trabert Avenue, Atlanta, Georgia**<br><br>VALUE $      **500,000.00** | | | | **Notice Only** | **Notice Only** |
| ACCOUNT NO. **03-c-11-000138-cj**<br><br>**Gebhardt & Smith LLP One South Street Suite 2200 Baltimore, MD 21202** | | | VALUE $      **0.00** | | | | **Notice Only** | **Notice Only** |

Sheet no. __2__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) ▸
(Total(s) of this page)    $      **0.00**    $

Total(s)    $              $
(Use only on last page)

(Report also on        (If applicable, report
Summary of Schedules)  also on Statistical
                       Summary of Certain
                       Liabilities and Related
                       Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6D (Official Form 6D) (12/07) – Cont.

In re   Jamal Lafitte Lewis_____,     Case No.   **12-58938-PWB**_____
         **Debtor**                                                                   **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **03-c-11-000138cj**<br><br>**Manufacturers and Traders Trust**<br>**One South Street**<br>**Suite 2200**<br>**Baltimore, MD 21202** | | | **Lien: Judgment Lien**<br><br><br>VALUE $        **0.00** | | | | **350,317.00** | **350,317.00** |
| ACCOUNT NO. **12-00244**<br><br>**McCurdy & Candler, LLC**<br>**Six Piedmont Center**<br>**Suite 700**<br>**3535 Piedmont Road, NE**<br>**Atlanta, GA 30305** | | | **Security: 568 Trabert Avenue, Atlanta, Georgia**<br><br><br>VALUE $        **0.00** | | | | **Notice Only** | **Notice Only** |
| ACCOUNT NO. **8971**<br><br>**Nationstar Mortgage**<br>**PO Box 650783**<br>**Dallas, TX 75265** | | | **Lien: Ist Mortgage**<br>**Security: 568 Trabert Avenue, Atlanta, Georgia**<br><br>VALUE $        **0.00** | | | | **720,493.00** | **720,493.00** |
| ACCOUNT NO.<br><br>**Net Five**<br>**822 A1A North**<br>**Suite 208**<br>**Ponte Vedra Beach, FL 32082** | | | **Collection for Steelwater Capital**<br><br><br>VALUE $        **0.00** | | | | **Notice Only** | **Notice Only** |
| ACCOUNT NO.<br><br>**One Georgia Bank**<br>**1180 Peachtree St NE**<br>**Atlanta, GA 30309** | | | **Lien: 2nd Mortgage**<br>**Security: 4326 Peachtree Dunwoody Road, Atlanta, Georgia**<br><br>VALUE $    **1,100,000.00** | | | | **240,000.00** | **87,876.00 This amount based upon existence of Superior Liens** |

Sheet no. **5** of **7** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                         Subtotal (s)            $ **1,310,810.00**     $
(Total(s) of this page)

                                Total(s)        $               $
(Use only on last page)

                                (Report also on    (If applicable, report
Summary of Schedules)  also on Statistical
Summary of Certain
Liabilities and Related
Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 -3307R-301X-00810 - PDF-XChange 2.5 DE

**B6D (Official Form 6D) (12/07) – Cont**.

In re  Jamal Lafitte Lewis_____,    Case No.  __12-58938-PWB____

          **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2012cv211319** <br><br> **Parker, Hudson, Rainer & Dobbs 1500 Marquis Two Tower 285 Peachtree Center Avenue Atlanta, GA 30303** | | | <br><br><br>VALUE $      **0.00** | | | | **Notice Only** | **Notice Only** |
| ACCOUNT NO. <br><br> **Pendergast & Associates, PC South Terraces, Suite 1000 115 Perimeter Center Place Atlanta, GA  30346** | | | **Security: 210 Stratton Place Way, Atlanta, Georgia Attorney for US Bank** <br><br> VALUE $      **0.00** | | | | **Notice Only** | **Notice Only** |
| ACCOUNT NO. **6079** <br><br> **Porsche 75 Remittance Drive Suite 1738 Chicago, IL 60675** | | | **Lien: Lease Security: 2010 Porsche Panamera** <br><br> VALUE $      **1.00** | | | | **40,600.00** | **40,599.00** |
| ACCOUNT NO. <br><br> **Regions Bank PO Box 1448 Montgomery, AL 36102** | | | **Lien: Judgment Lien** <br><br> VALUE $      **0.00** | | | | **676,299.00** | **676,299.00** |
| ACCOUNT NO. **bac-12-01100-0001** <br><br> **Rubin Lublin Suarez Serranno, LLC 3740 Davinci Court Suite 400 Norcross, GA 30092** | | | **Security: 7252 Village Creek Trace, Atlanta, Geogia Attorney conducting April 2012 foreclosure on behalf of US Bank, National Association** <br><br> VALUE $      **0.00** | | | | **Notice Only** | **Notice Only** |

Sheet no. __4__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) ▸ | $ **716,899.00** | $
(Total(s) of this page)
Total(s) | $ | $
(Use only on last page)

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 -33078-301X-00810 - PDF-XChange 2.5 DE

**B6D (Official Form 6D) (12/07) – Cont**.

In re    Jamal Lafitte Lewis                                     ,        Case No.      12-58938-PWB
_____                 _____
                  **Debtor**                                                         **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **bac-12-01647-0001** <br><br> **Rubin Lublin Suarez Serranno, LLC 3740 Davinci Court Suite 400 Norcross, GA 30092** | | | Security: 4326 Peachtree Dunwoody Road, Atlanta, Georgia Attorney conducting April 2012 foreclosure on behalf of Bank of America, NA <br><br> VALUE $        0.00 | | | | **Notice Only** | **Notice Only** |
| ACCOUNT NO. **9084** <br><br> **Seterus PO Box 2008 Grand Rapids, MI 49501** | | | Lien: Ist Mortgage Security: 4340 Peachtree Dunwoody Road NE, Atlanta, Georgia <br><br> VALUE $      250,000.00 | | | | **256,873.00** | **6,873.00** |
| ACCOUNT NO. <br><br> **Simpson Law Offices, LLP One Securities Centre Suite 300 Atlanta, GA 30305** | | | Attorney for ComData Network, Inc. <br><br> VALUE $        0.00 | | | | **Notice Only** | **Notice Only** |
| ACCOUNT NO. **6425** <br><br> **Simpson, Uchitel & Wilson, LLP One Securities Centre Suite 300 Atlanta, GA 30305** | | | Security: 4326 Peachtree Dunwoody Road, Atlanta, Georgia Attorney conducting April 2012 foreclosure on behalf of Ameris Bank <br><br> VALUE $        0.00 | | | | **Notice Only** | **Notice Only** |
| ACCOUNT NO. <br><br> **Steelwater Capital 165 Remsen Street Brooklyn, NY 11201** | | | Lien: Judgment Lien <br><br> VALUE $        0.00 | | | | **21,474,000.00** | **21,474,000.00** |

Sheet no. __5__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶ (Total(s) of this page) | $21,218,799.96 | $
Total(s) (Use only on last page) | $ | $

(Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

**B6D (Official Form 6D) (12/07) – Cont**.

In re   Jamal Lafitte Lewis_____,          Case No.    12-58938-PWB_____

                    **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Tab Bank 4185 Harrison Blvd Ste 200 Ogden, UT 84403** | | | **Lien: 2nd Mortgage Security: Fort Rapids Indoor Waterpark Resort** <br><br> VALUE $    **6,000,000.00** | | | | **2,100,000.00** | **300,000.00 This amount based upon existence of Superior Liens** |
| ACCOUNT NO. <br><br>**Tennesse State Bank PO Box 1260 Pigeon Forge, TN 37868** | | | **Lien: Ist Mortgage Security: Fort Rapids Indoor Waterpark Resort** <br><br> VALUE $    **6,000,000.00** | | | | **4,200,000.00** | **0.00** |
| ACCOUNT NO. <br><br>**Transportation Alliance Bank,Inc. 4185 Harrison Blvd. Suite 200 Ogden, UT 84403** | | | <br><br><br> VALUE $    **0.00** | | | | **Notice Only** | **Notice Only** |
| ACCOUNT NO. **7157** <br><br>**US Bank Home Mortgage 4801 Frederica Street Owensboro, KY 42301** | | | **Lien: Ist Mortgage Security: 210 Stratton Place Way, Atlanta, Georgia** <br><br> VALUE $    **300,000.00** | | | | **114,610.00** | **0.00** |
| ACCOUNT NO. <br><br>**Village Creek HOA 7230 Peachtree Dunwoody Road NE Atlanta, GA 30328** | | | **Lien: Statutory Lien for HOA Security: 7252 Village Creek Trace, Atlanta, Georgia** <br><br> VALUE $    **290,000.00** | | | | **2,000.00** | **0.00** |

Sheet no.  **6**  of  **7**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) (Total(s) of this page)   $ **6,416,610.00**   $

Total(s) (Use only on last page)   $    $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

**B6D (Official Form 6D) (12/07) – Cont**.

In re   Jamal Lafitte Lewis_____,    Case No.    12-58938-PWB_____
                    **Debtor**                                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **181543-3** <br><br>**Winchester, Sellers, Foster & Steele, PC** <br>**800 S Gay Street** <br>**Ste 1000** <br>**Knoxville, TN 37929** | | | <br><br>VALUE $          **0.00** | | | | **Notice Only** | **Notice Only** |
| ACCOUNT NO. <br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. __7__ of __7__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal (s) (Total(s) of this page) | $          **0.00** | $          **0.00** |
|---|---|---|---|
| | Total(s) (Use only on last page) | $**11,438,604.96** | $**9,261,165.96** |
| | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6E (Official Form 6E) (04/10)

In re **Jamal Lafitte Lewis** _____ ,   Case No. ___**12-58938-PWB**___
                    Debtor                                         (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6E (Official Form 6E) (04/10) - Cont.

In re___**Jamal Lafitte Lewis**_____,    Case No.___**12-58938-PWB**_____
_____Debtor_____    _____(if known)_____

☐    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___**3**___ **continuation sheets attached**

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6E (Official Form 6E) (04/10) - Cont.

In re __Jamal Lafitte Lewis_____,    Case No. ___12-58938-PWB_____
      **Debtor**                     **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)  **Sec. 507(a)(8)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bart L. Graham**<br>**Revenue Commissioner**<br>**1800 Century Center Blvd., NE**<br>**Atlanta, GA 30345-3205** | | | **Assignee or other notification for GADOR All American Xpress, Inc.** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCOUNT NO.<br><br>**Dept Of Justice, Tax Division**<br>**Civil Trial Section**<br>**Southern Region**<br>**P O Box 14198**<br>**Ben Franklin Station**<br>**Washington, DC 20044** | | | **Taxes for All American Xpress, Inc.** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCOUNT NO.<br><br>**Georgia Department Of Revenue**<br>**Bankruptcy Unit**<br>**P O Box 161108**<br>**Atlanta, GA 30321** | | | **Highway Taxes for All American Xpress** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**Box 21125**<br>**Philadelphia, PA  19114-0326** | | | **Consideration: Payroll Taxes for All American Xpress** | | | | **Notice Only** | **Notice Only** | **Notice Only** |

Sheet no. __1__ of __3__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤<br>(Totals of this page) | $   **0.00** | $   **0.00** | $   **0.00** |
| Total ➤<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6E (Official Form 6E) (04/10) - Cont.

In re __Jamal Lafitte Lewis_____,      Case No. ___12-58938-PWB_____
                   **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)      **Sec. 507(a)(8)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Internal Revenue Service** <br> **P O Box 7346** <br> **Philadelphia, PA 19101-7346** | | | **Taxes for All American Xpress, Inc.** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCOUNT NO. <br><br> **IRS, Insolvency Unit** <br> **401 West Peachtree Street** <br> **Stop 335-D** <br> **Atlanta, GA 30308** | | | **Assignee or other notification for: Internal Revenue Service** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCOUNT NO. <br><br> **Office Of The Attorney General** <br> **40 Capitol Square SW** <br> **Atlanta, GA 30334** | | | **Assignee or other notification for: Georgia Department Of Revenue** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCOUNT NO. <br><br> **Special Assistant U.S. Attorney** <br> **Stop 1000-D, Suite 600** <br> **401 W. Peachtree Street N.W.** <br> **Atlanta, GA 30308** | | | **Assignee or other notification for: Internal Revenue Service** | | | | **Notice Only** | **Notice Only** | **Notice Only** |

Sheet no. __2__ of __3__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤ (Totals of this page) | $        **0.00** | $       **0.00**     $      **0.00** |
| Total ➤ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | |
| Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $      $ |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6E (Official Form 6E) (04/10) - Cont.

In re __Jamal Lafitte Lewis_____,                Case No. ___12-58938-PWB_____
                  **Debtor**                                                                                           **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)     Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**United States Attorney's Office Suite 600 75 Spring Street, S.W. Atlanta, GA 30303** | | | **Assignee or other notification for: Internal Revenue Service** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) ➤ | $     **0.00** | $     **0.00** | $     **0.00** |
| Total ➤<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $     **0.00** | | |
| Totals ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $     **0.00** | $     **0.00** |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07)

In re    Jamal Lafitte Lewis                            ,        Case No.    12-58938-PWB
              Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ace Transportation Repair<br>P O Box 742<br>Rocky Face, GA 30740 | | | Consideration: potential personal guarantee of business debt | | | | Notice Only |
| ACCOUNT NO.<br><br>Alpha Jordyn, LLC<br>15706 Tremout Hallow Lane<br>Houston, TX 77044 | | | Consideration: potential personal guarantee of business debt | | | | Notice Only |
| ACCOUNT NO.<br><br>American Express<br>P.O. Box 981535<br>El Paso, TX  79998336 | | | Consideration: Credit card debt | | | | 70,000.00 |
| ACCOUNT NO.    3499<br><br>Amex<br>PO Box 297871<br>Fort Lauderdale, FL 33329 | | | Consideration: Credit card debt | | | | Notice Only |

|  |  |  |
|---|---|---|
| __14__ continuation sheets attached | Subtotal ➤ | $    70,000.00 |
| | Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re __Jamal Lafitte Lewis_____,    Case No. __12-58938-PWB_____
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **April S Harris** <br> **PO Box 374** <br> **Opelika, AL 36801** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| **ACCOUNT NO.  5202** <br><br> **Argen Billing Systems** <br> **PO Box 82389** <br> **Conyers, GA 30013** | | | **Consideration: Past Utility 7252 Village Creek Trace** | | | | **1,088.34** |
| **ACCOUNT NO.** <br><br> **AT&T Services Inc.** <br> **James Grudus, Esq.** <br> **One AT&T Way, Room 3A218** <br> **Bedminster, NJ 07921** | | | **Consideration: Possible Personal Guarantee of Business Debt** | | | | **Notice Only** |
| **ACCOUNT NO.** <br><br> **BB&T Insurance Services, Inc.** <br> **Attn: Bankruptcy Section** <br> **PO Box 1847** <br> **Wilson, NC 27894** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| **ACCOUNT NO.** <br><br> **Blue Cross and Blue Shield of GA** <br> **Attn: Sharon Mos, GAG301-0004** <br> **P.O. Box 7368** <br> **Columbus, GA 31908** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |

Sheet no. __1__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　**1,088.34**

Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re __Jamal Lafitte Lewis_____,          Case No. ___12-58938-PWB_____
_____Debtor_____                                              _____(If known)_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Brian L. McLouth<br>3717 E. Fairview Ave.<br>Spokane, WA 99217 | | | Consideration: potential personal guarantee of business debt | | | | Notice Only |
| ACCOUNT NO.<br><br>Buchanan & Associates, P.C.<br>4487 Park Drive, Suite A<br>Norcross, GA 30093 | | | Filed NOA in All American Xpress, Inc. Chapter 11 | | | | Notice Only |
| ACCOUNT NO.<br><br>Campbell, Martin & Manley, LLP<br>Suite 800 - Bldg. 1<br>990 Hammond Drive<br>Atlanta, GA 30328 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Carlton Fields<br>1201 W. Peachtree St.<br>Suite 3000<br>Atlanta, GA 30309 | | | | | | | Notice Only |
| ACCOUNT NO.  0693<br><br>CBE Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613 | | | Consideration: Collection Agent for Scana Energy | | | | Notice Only |

Sheet no. __2__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                      0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jamal Lafitte Lewis**_____,  Case No. ___**12-58938-PWB**_____
           Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Central Fleet Leasing<br>1111 Northshore Drive<br>Suite P195<br>Knoxville, TN 37919** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Dalton Truck<br>P O Box 146<br>Dalton, GA 30722** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Dalton Whitfield Bank, FSG Bank,<br>c/o M. Craig Smith<br>Miller & Martin, PLLC<br>832 Georgia Avenue, Suite 1000<br>Chattanooga, TN 37402** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Danowitz & Associates, P.C.<br>300 Galleria Parkway, NW<br>Suite 960<br>Atlanta, GA 30339** | | | **Consideration: Attorney Fees in 11-62481-WLH All American Xpress, Inc. Chapter 11 (dismissed)** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Darius L Calhoun<br>25719 Bloomsbury Court<br>Land O Lakes, FL 34639** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |

Sheet no. __**3**__ of __**14**__ continuation sheets attached      Subtotal ➤  | $            **0.00**
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                 Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Jamal Lafitte Lewis                                    ,                    Case No.  12-58938-PWB
_____                                          _____
Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Doyle Hayes Tire Service**<br>**3010 E. Walnut Avenue**<br>**Dalton, GA 30721** | | | **Consideration: Potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Doyle Hayes Tire Service**<br>**3010 E. Walnut Avenue**<br>**Dalton, GA 30721** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Duane Morris LLP**<br>**1180 W. P'tree St., Ste 700**<br>**Atlanta, GA 30309** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Epstein Becker & Green, P.C.**<br>**Resurgens Plaza**<br>**945 E. Paces Ferry Road**<br>**Suite 2700**<br>**Atlanta, GA 30326** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**First Volunteer Bank**<br>**c/o Grisham, Knight and Hooper**<br>**P O Box 11583**<br>**Chattanooga, TN 37401** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |

Sheet no. __4__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re __Jamal Lafitte Lewis_____,    Case No. __12-58938-PWB_____
        Debtor                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Florida Utility Trailers, Inc.<br>Attn: Trish O'Neill<br>7808 U.S. 301 North<br>Tampa, FL 33637-6774 | | | Consideration: potential personal guarantee of business debt | | | | Notice Only |
| ACCOUNT NO. 2009cv169750<br><br>Fowler Holdings, LLLP<br>c/o Gillen Withers & Lake LLC<br>One Securities Centre<br>Suite 1050<br>3490 Piedmont Road, NE<br>Atlanta, GA 30305 | | | | | | X | Notice Only |
| ACCOUNT NO.<br><br>Freddy Williams Poore<br>P.O. Box 207<br>Durant, FL 33530 | | | Consideration: potential personal guarantee of business debt | | | | Notice Only |
| ACCOUNT NO.<br><br>French Connections Consulting<br>385 Heather Lane<br>Drummonds, TN 38023 | | | Consideration: potential personal guarantee of business debt | | | | Notice Only |
| ACCOUNT NO.<br><br>General Electric Capital Corp<br>c/o Thompson O'Brien Kemp<br>&Nasuti<br>40 Technology Parkway South<br>Suite 300<br>Norcross, Georgia 30092 | | | Consideration: potential personal guarantee of business debt | | | | Notice Only |

Sheet no. __5__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jamal Lafitte Lewis** _____,    Case No. __**12-58938-PWB**__
     **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Georgia Department of Labor**<br>**148 Andrew International Blvd**<br>**Suite 826**<br>**Atlanta,Ga 30303** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Georgia Department of Labor**<br>**148 Andrew International Blvd**<br>**Suite 826**<br>**Atlanta,Ga 30303** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO.   **0039**<br><br>**Georgia Power**<br>**241 Ralph McGill Blvd**<br>**Bin 800002**<br>**Atlanta, GA 30308** | | | **Consideration: Past utility 7252 Village Creek Trace** | | | | **543.98** |
| ACCOUNT NO.   **2009-CV-169750**<br><br>**Gillen Withers & Lake LLC**<br>**One Securities Centre**<br>**Suite 1050**<br>**3490 Piedmont Road, NE**<br>**Atlanta, GA 30305** | | | **Consideration: Disputed** | | | X | **Notice Only** |
| ACCOUNT NO.<br><br>**Gordon & Rees LLP**<br>**Suite 450**<br>**3445 Peachtree Road**<br>**Atlanta, GA 30326** | | | | | | | **Notice Only** |

Sheet no. __**6**__ of __**14**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ **543.98**

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re __Jamal Lafitte Lewis_____,          Case No. ___12-58938-PWB_____
           Debtor                                                                           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Gordon & Rees LLP**<br>**The Pinnacle Bldg. - 5th Floor**<br>**3455 Peachtree Road, NE**<br>**Atlanta, GA 30326** | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br>**GreatAmerica Leasing Corporation**<br>**PO Box 609**<br>**Cedar Rapids, IA 52406** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO. <br><br>**Hit Em Hard Corporation**<br>**594 Grant Avenue**<br>**Roselle, NH 02703** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO. <br><br>**Image By Design**<br>**P O Box 926**<br>**Rocky Face, GA 30740** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO. <br><br>**Internal Revenue Service**<br>**Box 21125**<br>**Philadelphia, PA  19114-0326** | | | **Consideration: Federal income taxes not subject to priority**<br>**Personal Income Taxes for 2007 and 2008** | | | | **800,000.00** |

Sheet no. __7__ of __14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | **800,000.00**

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re   __Jamal Lafitte Lewis_____,        Case No. ___12-58938-PWB_____
　　　　　　　　　　Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Internal Revenue Service** <br> **P O Box 7346** <br> **Philadelphia, PA 19101-** | | | **Consideration: Filed POC in AAX** | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **Jessalin C Sorensen** <br> **104 N Mesquite** <br> **Buchanan Dam, TX 78609** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **Jones & Walden, LLC** <br> **21 Eighth Street NE** <br> **Atlanta, GA 30309** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **Joshua D. Hall** <br> **PO Box 2197** <br> **Calhoun, GA 30703** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **Lee-Smith Inc.** <br> **P O Box 72843** <br> **Chattanooga, TN 37407** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |

Sheet no. __8__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | **0.00**

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Jamal Lafitte Lewis_____,    Case No. __12-58938-PWB_____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Marty Lee Rainey**<br>**224 James Street**<br>**Trenton, GA 30752** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Megan M. Adeyemo**<br>**Suite 1109**<br>**5800 Tower Road**<br>**Denver, CO 80249** | | | **Filed NOA in All American Xpress, Inc. Chapter 11** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Motel 6 #4485**<br>**742 HWY 53 East**<br>**Calhoun, GA 30701** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Navistar Financial Corporation**<br>**425 N. Martingale Road**<br>**18th Floor**<br>**Schaumburg, IL 60173** | | | **Consideration: possible personal guarantee on business debt** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Partsmaster**<br>**P O Box 971342**<br>**Dallas, TX 75397** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |

Sheet no. __9__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | **0.00**

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re __Jamal Lafitte Lewis_____,    Case No. __12-58938-PWB_____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Partsmaster** <br> **P O Box 971342** <br> **Dallas, TX 75397-** | | | **Consideration: Potential personal guarantee of of business debt** | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **People's Capital and Leasing Cor** <br> **c/o Steve Peronace** <br> **255 Bank St., 4th Floor** <br> **Waterbury, CT 06702** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **Pilot Freight Services** <br> **P O Box 122540** <br> **Dallas, TX 75312** | | | **Consideration: Potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **Pollard Publishing Group** <br> **P O Box 305** <br> **Anniston, AL 36202** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO. <br><br> **Poole Law Group** <br> **315 W. Ponce de Leon Ave.** <br> **Suite 780** <br> **Decatur, GA 30030** | | | | | | | **Notice Only** |

Sheet no. __10__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                    **0.00**

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re   Jamal Lafitte Lewis                                    ,        Case No.   12-58938-PWB
               **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Qwest Communications Company, LLC**<br>**Attn: Bankruptcy**<br>**1801 California St Rm 900**<br>**Denver CO 80202** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Rair Technologies, LLC**<br>**Third Floor**<br>**250 Bishops Way**<br>**Brookfield, WI 53005** | | | **Consideration: Potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Robert A. Kumin**<br>**Suite 306**<br>**5800 Foxridge Drive**<br>**Mission, KS 66202** | | | | | | | **Notice Only** |
| ACCOUNT NO.   **0693**<br><br>**Scana Energy**<br>**PO Box 100157**<br>**Columbia, SC 29202** | | | **Consideration: Past utility 7252 Village Creek Trace** | | | | **208.46** |
| ACCOUNT NO.<br><br>**Sentry Select Insurance**<br>**Attn: Kim Hackbarth**<br>**1800 Norith Point Drive**<br>**Stevens Point, WI 54481** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |

Sheet no. **11** of **14** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤     $     **208.46**

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re __Jamal Lafitte Lewis_____,          Case No. __12-58938-PWB_____
             Debtor                                                               (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Sprint Nextel - Correspondence Attn: Bankruptcy Dept. PO Box 7949 Overland Park, KS 66207** | | | **Consideration: Potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO.   **8**<br><br>**TBF Financial LLC 520 Lake Cook Rd Ste 510 Deerfield, IL 60015** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**The Stillwater Asset Backed Fund c/o Cohen, Cooper, Estep & Allen 3330 Cumberland Boulevard Suite 600 Atlanta, GA 30339** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**TMW Systems Inc. TMW Technology Plaza 21111 Chagrin Blvd Beachwood, OH 44122** | | | **Consideration: Possible personal guarantee on business debt** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**TRANSFLO Express, LLC Suite 550 4301 W. Boy Scout Blvd. Tampa, FL 33607** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |

Sheet no. __12__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                        Subtotal ➤   $        **0.00**

                            Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re __Jamal Lafitte Lewis_____,   Case No. __12-58938-PWB_____
           **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Transportation Alliance Bank<br>c/o John A. Thomson, Jr.<br>Womble Carlyle Sandridge & Rice<br>271 17th Street, N.W., Suite 2400<br>Atlanta, GA 30363** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Troutman Sanders LLP<br>Suite 5200, Bank of America Plaza<br>600 Peachtree Street, NE<br>Atlanta, GA 30308** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Trucker's Connection<br>P O Box 2685<br>Anniston, AL 36202** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**U.S. Security Associates<br>PO box 931703<br>Altanta, GA 31193** | | | **Consideration: Possible personal guarantee for business debt** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**ULine<br>Accounts Receivable<br>2200 S. Lakeside Drive<br>Waukegan, IL 60085** | | | **Consideration: Potential personal guarantee of business debt** | | | | **Notice Only** |

Sheet no. __13__ of __14__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $            **0.00**

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jamal Lafitte Lewis**                                     ,                    Case No.   **12-58938-PWB**
　　　　　　　　　　Debtor                                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4037**<br><br>**US Bank<br>101 5th St E<br>Ste A<br>Saint Paul, MN 55101** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Volvo Financial Services, division of VFS US LLC<br>P.O. Box 26131<br>Greensboro, NC 27402** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Volvo Financial Services, division of VFS US LLC<br>P.O. Box 26131<br>Greensboro, NC 27402** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Womble Carlyle Sandridge & Rice, PLLC<br>Suite 2400<br>271 17th Street, N.W.<br>Atlanta, GA 30363-1017** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Worthington - Olson Inc<br>DBA Cobra Help<br>Worthington - Olson Inc<br>1620 High St<br>Denver, CO 80218** | | | **Consideration: potential personal guarantee of business debt** | | | | **Notice Only** |

Sheet no.  **14**  of  **14**  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  | $ | 0.00

Total ▶  | $ | 871,840.78

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6G (Official Form 6G) (12/07)

In re  **Jamal Lafitte Lewis**                                                Case No.    **12-58938-PWB**
                     _____                                           _____
                              **Debtor**                                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Cort Furniture**<br>**2850 Barrett Lakes Blvd # 300**<br>**Kennesaw, GA 30144** | **Household Furniture** |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

**B6H (Official Form 6H) (12/07)**

In re __Jamal Lafitte Lewis_____     Case No. ___12-58938-PWB_____
             **Debtor**                                  **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

B6I (Official Form 6I) (12/07)

In re ___Jamal Lafitte Lewis_____    Case ___12-58938-PWB_____
　　　　　　　　　　　Debtor                                           (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **Girlfriend, Girlfriend's daughter, son, daughter, son** | AGE(S): **40, 16, 8, 3, 2** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Consultant** | |
| Name of Employer | **Self Employed** | |
| How long employed | **1 year** | |
| Address of Employer | | **N.A.** |
| | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ __35,000.00__ | $ __N.A.__ |
| 2. | Estimated monthly overtime | $ __0.00__ | $ __N.A.__ |
| 3. | SUBTOTAL | $ __35,000.00__ | $ __N.A.__ |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ __0.00__ | $ __N.A.__ |
| | b. Insurance | $ __0.00__ | $ __N.A.__ |
| | c. Union Dues | $ __0.00__ | $ __N.A.__ |
| | d. Other (Specify:_____) | $ __0.00__ | $ __N.A.__ |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ __0.00__ | $ __N.A.__ |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ __35,000.00__ | $ __N.A.__ |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ __0.00__ | $ __N.A.__ |
| 8. | Income from real property | $ __0.00__ | $ __N.A.__ |
| 9. | Interest and dividends | $ __0.00__ | $ __N.A.__ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ __0.00__ | $ __N.A.__ |
| 11. | Social security or other government assistance ( Specify)_____ | $ __0.00__ | $ __N.A.__ |
| 12. | Pension or retirement income | $ __0.00__ | $ __N.A.__ |
| 13. | Other monthly income _____ (Specify) _____ | $ __0.00__ / $ __0.00__ | $ __N.A.__ / $ __N.A.__ |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ __0.00__ | $ __N.A.__ |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ __35,000.00__ | $ __N.A.__ |
| 16. | COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15) | $ __35,000.00__ | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

　　**None** _____

_____

_____

**B6I (Official Form 6I) (12/07) --Cont.**

In re_____ ,          Case No._____
       **Jamal Lafitte Lewis**
             Debtor                                         **12-58938-PWB**
                                 (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### (Continuation Page)

| DEPENDENTS OF DEBTOR AND SPOUSE | |
| --- | --- |
| RELATIONSHIP | AGE |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

In re  **Jamal Lafitte Lewis**                                                                      Case No.  **12-58938-PWB**
_____Debtor_____                                                                                    **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $    **6,000.00** |
|     a. Are real estate taxes included?     Yes _____ No ___✓___ | |
|     b. Is property insurance included?     Yes _____ No ___✓___ | |
| 2. Utilities: a. Electricity and heating fuel | $    **400.00** |
|     b. Water and sewer | $    **100.00** |
|     c. Telephone | $    **200.00** |
|     d. Other  **cable cell trash** | $    **300.00** |
| 3. Home maintenance (repairs and upkeep) | $    **500.00** |
| 4. Food | $    **1,000.00** |
| 5. Clothing | $    **200.00** |
| 6. Laundry and dry cleaning | $    **100.00** |
| 7. Medical and dental expenses | $    **300.00** |
| 8. Transportation (not including car payments) | $    **750.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $    **0.00** |
| 10. Charitable contributions | $    **0.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $    **0.00** |
|     b. Life | $    **0.00** |
|     c. Health | $    **0.00** |
|     d. Auto | $    **0.00** |
|     e. Other_____ | $    **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $    **0.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $    **2,900.00** |
|     b. Other  **additional vehicles** | $    **2,800.00** |
|     c. Other  **2nd DSD** | $    **500.00** |
| 14. Alimony, maintenance, and support paid to others | $    **0.00** |
| 15. Payments for support of additional dependents not living at your home | $    **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $    **18,000.00** |
| 17. Other_____ | $    **0.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $    **34,050.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    **None**
_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
|     a. Average monthly income from Line 15 of Schedule I | $    **35,000.00** |
|     b. Average monthly expenses from Line 18 above | $    **34,050.00** |
|     c. Monthly net income (a. minus b.) | $    **950.00** |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
### Northern District of Georgia - Atlanta Division

In re    **Jamal Lafitte Lewis**

_____
              Debtor

Case No.    **12-58938-PWB**

Chapter    **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 2 | $ 2,440,000.00 | | |
| B – Personal Property | YES | 4 | $12,015,854.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 8 | | $11,438,604.96 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 5 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 15 | | $ 871,840.78 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 35,000.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 34,050.00 |
| TOTAL | | 40 | $14,455,854.00 | $10,566,764.18 | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re    **Jamal Lafitte Lewis**                              Case No.    **12-58938-PWB**

Debtor

Chapter    **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    0.00 |
| Student Loan Obligations (from Schedule F) | $    0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    0.00 |
| TOTAL | $    0.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    35,000.00 |
| Average Expenses (from Schedule J, Line 18) | $    34,050.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR** Form 22C Line 20 ) | $    35,000.00 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $-19,261,165.96 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    0.00 |
| 4. Total from Schedule F | | $    871,840.78 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $-18,389,325.18 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

In re ___Jamal Lafitte Lewis_____,    Case No.    __12-58938-PWB__
                         Debtor                                                      (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**42**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __4.13.2012_____                     Signature:  __**/s/ Jamal Lafitte Lewis**_____
                                                                   Debtor

Date _____                     Signature:  **Not Applicable**_____
                                                (Joint Debtor, if any)

                                            [If joint case, both spouses must sign.]

-------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

     I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____            _____
Printed or Typed Name and Title, if any,            Social Security No.
of Bankruptcy Petition Preparer                *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____          _____
    Signature of Bankruptcy Petition Preparer                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____           Signature: _____

                                            _____
                                          [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2012 © 1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia - Atlanta Division

In re  **Jamal Lafitte Lewis**                                ,
                          Debtor

Case No.    **12-58938-PWB**

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **Scana Energy**<br>**PO Box 100157**<br>**Columbia, SC 29202** | | | | **208.46** |
| **Georgia Power**<br>**241 Ralph McGill Blvd**<br>**Bin 800002**<br>**Atlanta, GA 30308** | | | | **543.98** |
| **Argen Billing Systems**<br>**PO Box 82389**<br>**Conyers, GA 30013** | | | | **1,088.34** |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

| | | | | |
|---|---|---|---|---|
| **Seterus**<br>**PO Box 2008**<br>**Grand Rapids, MI**<br>**49501** | | | | **256,873.00**<br>**Collateral FMV**<br>**250,000.00** |
| **Daimler-Chrysler**<br>**P.O. Box 55000**<br>**Detroit, MI**<br>**48255-1003** | | | | **113,000.00**<br>**Collateral FMV**<br>**80,950.00** |
| **Porsche**<br>**75 Remittance Drive**<br>**Suite 1738**<br>**Chicago, IL 60675** | | | | **40,600.00**<br>**Collateral FMV**<br>**1.00** |
| **American Express**<br>**P.O. Box 981535**<br>**El Paso, TX**<br>**79998336** | | | | **70,000.00** |
| **One Georgia Bank**<br>**1180 Peachtree St**<br>**NE**<br>**Atlanta, GA 30309** | | | | **240,000.00**<br>**Collateral FMV**<br>**152,124.00** |
| **Tab Bank**<br>**4185 Harrison Blvd**<br>**Ste 200**<br>**Ogden, UT 84403** | | | | **2,100,000.00**<br>**Collateral FMV**<br>**1,800,000.00** |
| **Manufacturers and**<br>**Traders Trust**<br>**One South Street**<br>**Suite 2200**<br>**Baltimore, MD**<br>**21202** | | | | **350,317.00**<br>**Collateral FMV**<br>**0.00** |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

**Regions Bank**
**PO Box 1448**
**Montgomery, AL**
**36102**

**676,299.00**
**Collateral FMV**
**0.00**

**Nationstar Mortgage**
**PO Box 650783**
**Dallas, TX 75265**

**720,493.00**
**Collateral FMV**
**0.00**

**Internal Revenue**
**Service**
**Box 21125**
**Philadelphia, PA**
**19114-0326**

**800,000.00**

**Steelwater Capital**
**165 Remsen Street**
**Brooklyn, NY 11201**

**21,474,000.00**
**Collateral FMV**
**0.00**

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing list of twenty largest unsecured creditors and that it is true and correct to the best of my knowledge, information and belief.

Date    **4.13.2012**                    Signature    **/s/ Jamal Lafitte Lewis**

                                                         **JAMAL LAFITTE LEWIS**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re  **Jamal Lafitte Lewis** _____

Debtor

Case No.  **12-58938-PWB** _____

(If known)

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

## Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code

_____

Printed name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

X _____

Signature of Bankruptcy Petition Preparer or officer,
Principal, responsible person, or partner whose Social
Security number is provided above.

Social Security number (If the bankruptcy petition
preparer is not an individual, state the Social Security
number of the officer, principal, responsible person,
or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

## Certification of the Debtor

I, (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code

**Jamal Lafitte Lewis** _____

Printed Names(s) of Debtor(s)

Case No. (if known)  **12-58938-PWB** _____

X   _/s/ Jamal Lafitte Lewis_ _____   4.13.2012

Signature of Debtor                    Date

X _____

Signature of Joint Debtor, (if any)          Date

---

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 33078-301X-00810 - PDF-XChange 2.5 DE

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the Debtor's Chapter 11 Statement of Current Monthly Income, Statement of Financial Affairs, Schedules, and List of Creditors Holding 20 Largest Unsecured Claims on the following, by agreement of the parties, David Weidenbaum, Attorney for the United States Trustee, was served via the ECF electronic mail/noticing system.

This is to certify that I have this day served all parties in the foregoing matter with a copy of the foregoing Debtor's Chapter 11 Statement of Current Monthly Income, Statement of Financial Affairs, Schedules, and List of Creditors Holding 20 Largest Unsecured Claims, by depositing in the  United States Mail, a copy of same upon:

Ace Transportation Repair
P O Box 742
Rocky Face, GA 30740

Aldridge Connors, LLP
15 Piedmont Center
3575 Piedmont Road, NE
Suite 500
Atlanta, GA 30305

Alpha Jordyn, LLC
15706 Tremout Hallow Lane
Houston, TX 77044

American Express
P.O. Box 981535
El Paso, TX  79998336

Amex
PO Box 297871
Fort Lauderdale, FL 33329

April S Harris
PO Box 374
Opelika, AL 36801

Argen Billing Systems
PO Box 82389
Conyers, GA 30013

AT&T Services Inc.
James Grudus, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ 07921


Bank of America
PO Box 17054
Wilmington, DE 19850


Bart L. Graham
Revenue Commissioner
1800 Century Center Blvd., NE
Atlanta, GA 30345-3205


BB&T Insurance Services, Inc.
Attn: Bankruptcy Section
PO Box 1847
Wilson, NC 27894


Blue Cross and Blue Shield of GA
Attn: Sharon Mos, GAG301-0004
P.O. Box 7368
Columbus, GA 31908


Brian L. McLouth
3717 E. Fairview Ave.
Spokane, WA 99217


Buchanan & Associates, P.C.
4487 Park Drive, Suite A
Norcross, GA 30093


Campbell, Martin & Manley, LLP
Suite 800 - Bldg. 1
990 Hammond Drive
Atlanta, GA 30328


Carlton Fieds, PA
1201 West Peachtree Street
Suite 3000
Atlanta, GA 30309


Carlton Fields
1201 W. Peachtree St.
Suite 3000
Atlanta, GA 30309

CBE Group
1309 Technology Pkwy
Cedar Falls, IA 50613

Central Fleet Leasing
1111 Northshore Drive
Suite P195
Knoxville, TN 37919

Comdata Network, Inc
c/o Simpson Law Offices, L.L.P.
P.O. Box 550105
Atlanta, GA 30355

Cort Furniture
2850 Barrett Lakes Blvd # 300
Kennesaw, GA 30144

Daimler-Chrysler
P.O. Box 55000
Detroit, MI 48255-1003

Dalton Truck
P O Box 146
Dalton, GA 30722

Dalton Whitfield Bank, FSG Bank,
c/o M. Craig Smith
Miller & Martin, PLLC
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402

Danowitz & Associates, P.C.
300 Galleria Parkway, NW
Suite 960
Atlanta, GA 30339

Darius L Calhoun
25719 Bloomsbury Court
Land O Lakes, FL 34639

Dept Of Justice, Tax Division
Civil Trial Section
Southern Region
P O Box 14198
Ben Franklin Station
Washington,

Doyle Hayes Tire Service
3010 E. Walnut Avenue
Dalton, GA 30721

Doyle Hayes Tire Service
3010 E. Walnut Avenue
Dalton, GA 30721

Duane Morris LLP
1180 W. P'tree St., Ste 700
Atlanta, GA 30309

Epstein Becker & Green, P.C.
Resurgens Plaza
945 E. Paces Ferry Road
Suite 2700
Atlanta, GA 30326

First Volunteer Bank
c/o Grisham, Knight and Hooper
P O Box 11583
Chattanooga, TN 37401

Florida Utility Trailers, Inc.
Attn: Trish O'Neill
7808 U.S. 301 North
Tampa, FL 33637-6774

Fowler Holdings, LLLP
c/o Gillen Withers & Lake LLC
One Securities Centre
Suite 1050
3490 Piedmont Road, NE
Atlanta,

Freddy Williams Poore
P.O. Box 207
Durant, FL 33530

French Connections Consulting
385 Heather Lane
Drummonds, TN 38023

Fulton County Tax Commissioner
141 Pryor Street - Suite 1113
Atlanta, GA 30303

Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202

General Electric Capital Corp
c/o Thompson O'Brien Kemp &Nasuti
40 Technology Parkway South
Suite 300
Norcross, Georgia 30092

Georgia Department of Labor
148 Andrew International Blvd
Suite 826
Atlanta,Ga 30303

Georgia Department Of Revenue
Bankruptcy Unit
P O Box 161108
Atlanta, GA 30321

Georgia Power
241 Ralph McGill Blvd
Bin 800002
Atlanta, GA 30308

Gillen Withers & Lake LLC
One Securities Centre
Suite 1050
3490 Piedmont Road, NE
Atlanta, GA 30305

Gordon & Rees LLP
Suite 450
3445 Peachtree Road
Atlanta, GA 30326

Gordon & Rees LLP
The Pinnacle Bldg. - 5th Floor
3455 Peachtree Road, NE
Atlanta, GA 30326

GreatAmerica Leasing Corporation
PO Box 609
Cedar Rapids, IA 52406

Hit Em Hard Corporation
594 Grant Avenue
Roselle, NH 02703

Image By Design
P O Box 926
Rocky Face, GA 30740

Internal Revenue Service
Box 21125
Philadelphia, PA  19114-0326

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

IRS, Insolvency Unit
401 West Peachtree Street
Stop 335-D
Atlanta, GA 30308

Jessalin C Sorensen
104 N Mesquite
Buchanan Dam, TX 78609

Jones & Walden, LLC
21 Eighth Street NE
Atlanta, GA 30309

Joshua D. Hall
PO Box 2197
Calhoun, GA 30703

Lee-Smith Inc.
P O Box 72843
Chattanooga, TN 37407

Manufacturers and Traders Trust
One South Street
Suite 2200
Baltimore, MD 21202

Marty Lee Rainey
224 James Street
Trenton, GA 30752

McCurdy & Candler, LLC
Six Piedmont Center
Suite 700
3535 Piedmont Road, NE
Atlanta, GA 30305

Megan M. Adeyemo
Suite 1109
5800 Tower Road
Denver, CO 80249

Motel 6 #4485
742 HWY 53 East
Calhoun, GA 30701

Nationstar Mortgage
PO Box 650783
Dallas, TX 75265

Navistar Financial Corporation
425 N. Martingale Road
18th Floor
Schaumburg, IL 60173

Net Five
822 A1A North
Suite 208
Ponte Vedra Beach, FL 32082

Office Of The Attorney General
40 Capitol Square SW
Atlanta, GA 30334

One Georgia Bank
1180 Peachtree St NE
Atlanta, GA 30309

Parker, Hudson, Rainer & Dobbs
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303

Partsmaster
P O Box 971342
Dallas, TX 75397

Partsmaster
P O Box 971342
Dallas, TX 75397-

Pendergast & Associates, PC
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA  30346

People's Capital and Leasing Cor
c/o Steve Peronace
255 Bank St., 4th Floor
Waterbury, CT 06702

Pilot Freight Services
P O Box 122540
Dallas, TX 75312

Pollard Publishing Group
P O Box 305
Anniston, AL 36202

Poole Law Group
315 W. Ponce de Leon Ave.
Suite 780
Decatur, GA 30030

Porsche
75 Remittance Drive
Suite 1738
Chicago, IL 60675

Qwest Communications Company, LLC
Attn: Bankruptcy
1801 California St Rm 900
Denver CO 80202


Rair Technologies, LLC
Third Floor
250 Bishops Way
Brookfield, WI 53005


Regions Bank
PO Box 1448
Montgomery, AL 36102


Robert A. Kumin
Suite 306
5800 Foxridge Drive
Mission, KS 66202


Rubin Lublin Suarez Serranno, LLC
3740 Davinci Court
Suite 400
Norcross, GA 30092


Scana Energy
PO Box 100157
Columbia, SC 29202


Sentry Select Insurance
Attn: Kim Hackbarth
1800 Norith Point Drive
Stevens Point, WI 54481


Seterus
PO Box 2008
Grand Rapids, MI 49501


Simpson Law Offices, LLP
One Securities Centre
Suite 300
Atlanta, GA 30305


Simpson, Uchitel & Wilson, LLP
One Securities Centre
Suite 300
Atlanta, GA 30305

Special Assistant U.S. Attorney
Stop 1000-D, Suite 600
401 W. Peachtree Street N.W.
Atlanta, GA 30308

Sprint Nextel - Correspondence
Attn: Bankruptcy Dept.
PO Box 7949
Overland Park, KS 66207

Steelwater Capital
165 Remsen Street
Brooklyn, NY 11201

Tab Bank
4185 Harrison Blvd
Ste 200
Ogden, UT 84403

TBF Financial LLC
520 Lake Cook Rd
Ste 510
Deerfield, IL 60015

Tennesse State Bank
PO Box 1260
Pigeon Forge, TN 37868

The Stillwater Asset Backed Fund
c/o Cohen, Cooper, Estep & Allen
3330 Cumberland Boulevard
Suite 600
Atlanta, GA 30339

TMW Systems Inc.
TMW Technology Plaza
21111 Chagrin Blvd
Beachwood, OH 44122

TRANSFLO Express, LLC
Suite 550
4301 W. Boy Scout Blvd.
Tampa, FL 33607

Transportation Alliance Bank
c/o John A. Thomson, Jr.
Womble Carlyle Sandridge & Rice
271 17th Street, N.W., Suite 2400
Atlanta, GA 30363

Transportation Alliance Bank,Inc.
4185 Harrison Blvd.
Suite 200
Ogden, UT 84403

Troutman Sanders LLP
Suite 5200, Bank of America Plaza
600 Peachtree Street, NE
Atlanta, GA 30308

Trucker's Connection
P O Box 2685
Anniston, AL 36202

U.S. Security Associates
PO box 931703
Altanta, GA 31193

ULine
Accounts Receivable
2200 S. Lakeside Drive
Waukegan, IL 60085

United States Attorney's Office
Suite 600
75 Spring Street, S.W.
Atlanta, GA 30303

US Bank
101 5th St E
Ste A
Saint Paul, MN 55101

US Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301

Village Creek HOA
7230 Peachtree Dunwoody Road NE
Atlanta, GA 30328

Volvo Financial Services,
division of VFS US LLC
P.O. Box 26131
Greensboro, NC 27402


Winchester, Sellers, Foster
& Steele, PC
800 S Gay Street
Ste 1000
Knoxville, TN 37929


Womble Carlyle Sandridge
& Rice, PLLC
Suite 2400
271 17th Street, N.W.
Atlanta, GA 30363-1017


Worthington - Olson Inc
DBA Cobra Help
Worthington - Olson Inc
1620 High St
Denver, CO 80218


This 17th day of April, 2012.


___/S/_____
Michael R. Rethinger
Georgia Bar Number 301215
Attorney for Debtor

72 Spring Street, SW
Atlanta, GA 30303
770-922-0066
michael@rethingerlaw.com